# COMPLAINT FORM
(for filers who are prisoners without lawyers)

FILED
12/04/2020
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE Southern DISTRICT OF 7th Circuit

(Full name of plaintiff(s))

Jack Charles Price

vs

(Full name of defendant(s))

John Plasse

Vigo County Jail

Case Number:

2:20-cv-645-JRS-MJD

(to be supplied by clerk of court)

A.   PARTIES

1.   Plaintiff is a citizen of __Indiana__, and is located at
     (State)

   __201 Cherry St. Terre Haute IN 47807__
   (Address of prison or jail)

(If more than one plaintiff is filing, use another piece of paper).

2.   Defendant __John Plasse__
                                     (Name)

Complaint - 1

is (if a person or private corporation) a citizen of _____N/A._____
(State, if known)

and (if a person) resides at __201 Cherry St Terre Haute IN 47807__
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for __John Plassee Vigo County Jail__
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.   STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

I've Voiced my complaints with no replys for months I've been here since May 18th 2020 have slept on the floor with No Bunk. been kicked in my sleep, food feel on me dust & other stuff from peoples shoes feel into my bed and face from me sleeping in A cell on the floor with No room to move around in, black mold I have Pefectly asked to get cleaning material to clean it with no replys

Complaint - 2

Water is harsh to when I try to drink it Makes Me Sick, No bottled water is offered on comm,

the overcrowding with Covid-19 Mekes Me Scared to move around, (44) people in A (22) Men block, No room to seat and (Cot) or move around.

C. JURISDICTION

☒ I am suing for a violation of federal law under 28 U.S.C. § 1331.
  OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D. RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

asking for the courts to consider in the Amount of $185,000.00 for relief. also would like for the jail to aknowlodge the wrong doings that my accusations is pointing at and fix the problems

E.  JURY DEMAND

☒ Jury Demand – I want a jury to hear my case
OR

☐ Court Trial – I want a judge to hear my case

Dated this 30th day of November 2020.

Respectfully Submitted,

*Jack Price*

Signature of Plaintiff

20285

Plaintiff's Prisoner ID Number

201 Cherry St. Terre Haute, IN 47807

(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

## REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE

☒ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.