UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| JACK PRICE, | ) |
| Plaintiff, | ) |
| v. | ) No. 2:20-cv-00645-JRS-MJD |
| JOHN PLASSEE, et al. | ) |
| Defendants. | ) |

**FINAL JUDGMENT**

The Court now enters FINAL JUDGMENT. This action is dismissed without prejudice.

Date: 2/16/2021

Roger A.G. Sharpe, Clerk

BY: _____
Deputy Clerk, U.S. District Court

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Distribution:

JACK PRICE
20285
VIGO COUNTY JAIL
201 Cherry Street
Terre Haute, IN 47807